1  TRACY L. WILKISON
   Acting United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS
   California Bar No. 101281
6  Assistant United States Attorney
   Asset Forfeiture Section
7     Federal Courthouse, 14th Floor
      312 North Spring Street
8     Los Angeles, California 90012
      Telephone: (213) 894-2569
9     Facsimile: (213) 894-0142
      E-mail: Victor.Rodgers@usdoj.gov
10
   Attorneys for
11 United States of America

12
                    UNITED STATES DISTRICT COURT
13
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                          WESTERN DIVISION
15

16 IN THE MATTER OF THE SEIZURE   ) Case No. 2:21-CM-00237
   OF $952,600.00 IN U.S.         )
17 CURRENCY, $1,856,800.00 IN U.S.) STIPULATION EXTENDING UNITED
   CURRENCY, AND $334,200.00 IN   ) STATES OF AMERICA'S TIME TO
18 U.S. CURRENCY                  ) FILE COMPLAINT FOR FORFEITURE;
                                  ) [PROPOSED] ORDER THEREON LODGED
19                                ) UNDER SEPARATE COVER
                                  )
20 _____)

21      It is hereby stipulated by and between the United States of

22 America ("United States" or "the government"), on the one hand,

23 and claimant David Joseph James (the "claimant"), on the other

24 hand, by and through their respective attorneys, as follows:

25      1.   Pursuant to the claim that the United States alleges

26 was received by the Federal Bureau of Investigation (the "FBI")

27 on June 22, 2021, claimant filed a claim in the FBI

28 administrative forfeiture proceedings to $952,600.00 in U.S.

1  Currency (United States Asset Identification Number 21-FBI-

2  002946), $1,856,800.00 in U.S. Currency (United States Asset

3  Identification Number 21-FBI-002954), and $334,200.00 in U.S.

4  Currency (United States Asset Identification Number 21-FBI-

5  003047)(collectively, the "property.")

6      2.  It is the United States' position that the FBI sent the

7  written notice of intent to forfeit required by 18 U.S.C.

8  § 983(a)(1)(A) to all known interested parties, the time has

9  expired for any person to file a claim to the property under 18

10  U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has

11  filed a claim to the property as required by law in the

12  administrative forfeiture proceedings.

13      3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is

14  required to file a complaint for forfeiture against the property

15  alleging that the property is subject to forfeiture within 90

16  days after a claim has been filed in the administrative

17  forfeiture proceedings, which in this case would be September 20,

18  2021, unless the court extends the deadline for good cause shown

19  or by agreement of the parties.

20      4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties

21  wish by agreement to extend to October 20, 2021 the time in which

22  the United States is required to file a complaint for forfeiture

23  against the property alleging that the property is subject to

24  forfeiture, so that the government can investigate this matter

25  and determine whether this matter can be settled without the

26  government having to initiate a civil judicial forfeiture action.

27      5.  Claimant knowingly, intelligently, and voluntarily

28  gives up any right claimant may have under 18 U.S.C. §

1    983(a)(3)(A)-(C) to require the United States to file a complaint

2    for forfeiture against the property alleging that the property is

3    subject to forfeiture by September 20, 2021 and any right

4    claimant may have to seek dismissal of any complaint on the

5    ground that it was not filed on or before such date.

6        6.    The parties agree that the deadline by which the United

7    States shall be required to file a complaint for forfeiture

8    against the property alleging that the property is subject to

9    forfeiture shall be extended to October 20, 2021.

10    SO STIPULATED.

11    DATED: September 16, 2021      TRACY L. WILKISON
                                     Acting United States Attorney

12                                      SCOTT M. GARRINGER
                                     Assistant United States Attorney

13                                      Chief, Criminal Division
                                     JONATHAN GALATZAN

14                                      Assistant United States Attorney
                                     Chief, Asset Forfeiture Section

15

16                                      _____
                                     VICTOR A. RODGERS

17                                      Assistant United States Attorney

18                                      Attorneys for
                                     United States of America

19

20

21    DATED: September 5, 2021      KAPLAN MARINO, P.C.

22

23

24                                      _____
                                     NINA MARINO

25                                      Attorney for Claimant
                                     DAVID JOSEPH JAMES

26

27

28

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **September 16, 2021,** I served a copy of: **STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE** upon each person or entity named below:

**X**  By Electronic Mail: By transmitting said document(s) to the email address(es) listed below.

> **Nina Marino**
> **Kaplan Marino**
> **1546 N. Fairfax Avenue**
> **Los Angeles, CA 90046**
> **marino@kaplanmarino.com**
>
> **Attorneys for**
> **DAVID JOSEPH JAMES**

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **September 16, 2021** at Los Angeles, California.

*/s/ Helen Wu*
_____
**HELEN WU**
Senior Paralegal